## DANIEL FERRIS agt. DANIEL S. BETTS.

### SAME agt. SAME.

On a motion for consolidation, *costs* will not be allowed, where the motion is granted.

*February, Term,* 1846.

MOTION by defendant to consolidate these suits into one. Defendant's affidavit stated that each of the suits was founded on a judgment rendered in the superior court of the state of Connecticut.   The judgments were rendered [*79]   *long before the commencement of these suits.   The suits were commenced at the same time; and the cause of action was such that they might properly be joined in the same declaration; the questions which would arise in both were substantially the same, and the defence in both was substantially the same.

> W. J. DODGE, *defendant's counsel.*
> GARDNER & BURDICK, *defendant's attorneys.*
> J. J. RING, *plaintiff's counsel.*
> J. BIGELOW, *plaintiff's attorney.*

BRONSON, Chief Justice.   Granted the motion, *without costs.* Defendant's counsel insisted they should be allowed costs.

Chief Justice said they allowed no costs in cases of consolidation.